OPINION — AG — ** DEPARTMENT OF PUBLIC SAFETY — LICENSE — RESIDENT ** UNDER THE PROVISIONS OF 47 O.S. 507 [47-507], 47 O.S. 508 [47-508], 47 O.S. 530 [47-530], SAID OWNER WILL NOT BE ENTITLED TO THE ISSUANCE OF A CERTIFICATE OF REGISTRATION ON ANY MOTOR VEHICLE UNTIL SAID SECURITIES HAVE BEEN POSTED OF THE CONDITIONS SET FORTH IN 47 O.S. 507 [47-507], HAS BEEN MET. (REGISTRATIONS, LICENSE, MOTOR VEHICLES, NON RESIDENT, BOND) CITE: 47 O.S. 508 [47-508] (FRED HANSEN)